FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 1:07 pm, Nov 23, 2020

# United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ROSA REBECCA STOOPS, | |
|     Plaintiff, | |
| v. | CV 520-104 |
| SAMSON MERGER SUB, LLC, | |
|     Defendant. | |

### ORDER

On November 20, 2020, the Parties notified the Court that they have reached a settlement which will dispose of this case. Dkt. No. 13. The Parties are currently working on finalizing settlement documents. Accordingly, this case is **STAYED** through December 23, 2020. The Parties are **ORDERED** to file a status report or dismissal on or before that date.

**SO ORDERED**, this **23** day of November, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA